IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARTIN T. KNIGHT, | § | |
| | § | No. 193, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 11355 |
| UPHAM DOWNS H.C., INC., | § | |
| PETER S. MILLER, AND F. GRIER | § | |
| WAKEFIELD, JR., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: October 19, 2016
Decided: November 2, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 2nd day of November, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of the court's order dated April 4, 2016.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice